# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Denny Rogers, et al.

v.  Case Number: 4:18−cv−03967

USAA General Indemnity Company

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:** Courtroom 600 in Houston
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/18/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference


Date:   November 7, 2019

David J. Bradley, Clerk