IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DENNY ROGERS AND MARIA CASAS**<br>   **Plaintiffs,** | §<br>§<br>§ |
| versus | §   CIVIL ACTION NO. 4:18-CV-03967 |
| **USAA GENERAL INDEMNITY COMPANY**<br>   **Defendant.** | §<br>§<br>§<br>§ |

## JOINT NOTICE OF SETTLEMENT

  Plaintiffs, Denny Rogers and Maria Casas, and Defendant, USAA General Indemnity Company ("USAA GIC"), appearing in its fiduciary[1] capacity as the fiscal agent[2] of the United States and at the expense of the United States Treasury,[3] file this Joint Notice of Settlement. The Parties represent that this matter has settled, subject to FEMA concurrence, and the necessary documentation to seek and obtain FEMA concurrence is being submitted. The Parties anticipate that FEMA concurrence will be obtained, and the appropriate settlement documents will be drafted for execution.

  The Parties ask for sufficient time to finalize settlement documents before the case is dismissed so that all settlement proceeds may be properly distributed. Ms. Casas passed away. Mr. Rogers is probating Ms. Casas' will, and he anticipates being named the executor of her estate. The parties ask, however, for sufficient time to allow Mr. Rogers to finalize this process before finally dismissing this case.

---

[1]   *See* 44 C.F.R. § 62.23(f).
[2]   *See* 44 U.S.C. § 4071(a)(1); *Gowland v. Aetna,* 143 F.3d 951 (5th Cir. 1988).
[3]   *See* 42 U.S.C. § 4017(d)(1); *Van Holt v. Liberty Mutual Fire Ins. Co.*, 163 F.3d 161 (3d Cir. 1998).

Given the foregoing settlement, the Parties respectfully request that the Court cancel the status conference currently set for November 18, 2019, at 10:00 a.m. And that they not be required to appear for that hearing.

Additionally, the Parties ask the court to enter a conditional dismissal to allow for FEMA concurrence and for Mr. Rogers to finalize the probate proceedings so that the Parties can properly finalize settlement documentation. If the Parties are unable to finalize the settlement within the time the court permits, then they request the opportunity to re-open the case for further proceedings.

Submitted:  November 16, 2019

| | |
|---|---|
| **LAW OFFICE OF SHANE MCLELLAND**<br><br>By:  */s/ Shane McClelland*<br>Shane McClelland<br>Bar No. 24046383<br>SDTX Bar No. 642324<br>shane@hmtrial.com<br>LAW OFFICE OF SHANE MCCLELLAND, PLLC<br>440 Cobia Drive, Suite 101<br>Katy, Texas 77494<br>Telephone: 713-987-7107<br>Facsimile: 832-827-4207<br><br>*Attorney for Denny Rogers and Maria Casas* | **LUGENBUGHL, WHEATON, PECK, RANKIN & HUBBARD**<br><br>By:  */s/ Tina L. Kappen*<br>Tina L. Kappen<br>Louisiana State Bar 29579<br>tkappen@lawla.com<br>Seth Schmeeckle<br>Texas State Bar No. 24072911<br>Louisiana State Bar No. 27076<br>Federal ID No. 1089327<br>sschmeeckle@lawla.com<br>LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD<br>A LAW CORPORATION<br>601 Poydras, Ste. 2775<br>New Orleans, Louisiana 70130<br>504/568-1990 – Telephone<br>504/310-9195 – Facsimile<br><br>Sarah A. Nicolas<br>State Bar No. 24013543<br>Federal No. 32122<br>snicolas@ramonworthington.com<br>Sofia A. Ramon<br>State Bar No. 00784811<br>Federal No. 20871<br>sramon@ramonworthington.com<br>Elizabeth Sandoval Cantu<br>State Bar No. 24013455<br>Federal No. 310028<br>ecantu@ramonworthington.com<br>Dan K. Worthington<br>State Bar No. 00785282<br>Federal No. 15353<br>dworthington@ramonworthington.com<br>Stephen W. Bosky<br>State Bar No. 24087190<br>Federal No. 3076205<br>sbosky@ramonworthington.com<br>RAMON \| WORTHINGTON<br>11940 Jollyville Road, Suite 125-S<br>Austin, Texas 78726<br>512-643-6005 Telephone<br>512-597-9397 Fax<br>Electronic Service to:<br>efile@ramonworthington.com<br>*Attorneys for USAA General Indemnity Company* |